IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BEVERLY FUQUA *et al*, | : |
| Plaintiffs, | : |
| v. | : Case No.: 1:12-cv-93 (WLS) |
| JOHN PRIDGEN, Chief Superior Court Judge, *et al*, | : |
| Defendants. | : |

## ORDER

Before the Court is a Consent Motion to Dismiss Defendants Pridgen, Chasteen, and Hughes. (Doc. 96.) In the motion, Plaintiffs move under Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss the Defendant Judges because the Parties have reached a settlement in the above-captioned case. For good cause shown, the Defendant-Judges are **DISMISSED**, with prejudice, according to the terms reached in the Settlement Agreement.

**SO ORDERED**,     26th     day of November, 2013.

  /s/ W. Louis Sands  
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1